**FILED**
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAVIER LEON-SERRATO,<br><br>　　　　　　Defendant. | Criminal Case No. 08CR876-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of methamphetamine (Felony) |

The United States Attorney charges:

Count 1

On or about February 24, 2008, within the Southern District of California, defendant JAVIER LEON-SERRATO, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 10.44 kilograms (22.97 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JDM:rp:Imperial
3/24/08

<u>Count 2</u>

On or about February 24, 2008, within the Southern District of California, defendant JAVIER LEON-SERRATO, did knowingly and intentionally import [50 grams or more, to wit:] approximately 5.44 kilograms (11.97 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: <u>March 25, 2008</u>.

KAREN P. HEWITT
United States Attorney

*for* JEFFREY D. MOORE
Assistant U.S. Attorney