John D. Kirby
CA Bar No. 149496
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123
Attorney for Defendant: JAVIER LEON-SERRATO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
(THE HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-0876-H |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR CONTINUANCE** |
| JAVIER LEON-SERRATO, | |
| Defendant, | |

**COMES NOW** the parties, Tara McGrath, Assistant United States Attorney, and John D. Kirby, counsel for defendant, Javier Leon-Serrato, respectfully requesting that the sentencing hearing presently set for July 14, 2008 at 9:00 a.m. be continued until September 29, 2008 at 9:00 a.m. The defendant is currently in custody. The parties agree that the time between July 14, 2008 and September 29, 2008 is excludable under the Speedy Trial Act, Title 18, U.S.C. §§ 3161-3174.

Dated: 7/03/08          /S/ Tara McGrath (by consent)
                        TARA MCGRATH
                        Assistant United States Attorney

Dated: 7/03/08          /S/ John D. Kirby
                        JOHN D. KIRBY
                        Attorney for Defendant
                        Javier Leon-Serrato

*Joint Motion for Continuance, U.S. v. Leon-Serrato,* **08CR-0876-H**

1