# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE MARILYN L. HUFF)

|  |  |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-0876-H |
| Plaintiff, |  |
| vs. | **ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |
| JAVIER LEON-SERRATO, |  |
| Defendant, |  |

**IT IS HEREBY ORDERED,** that the hearing presently set for July 14, 2008 at 9:00 a.m. be continued until **September 29, 2008 at 9:00 a.m.** The time between July 14, 2008 and September 29, 2008 is excluded under the Speedy Trial Act, Title 18, U.S.C. §§ 3161-3174.

Dated: July 7, 2008

_____
HON. MARILYN L. HUFF
U.S. DISTRICT COURT JUDGE

*Order Granting Joint Motion for Continuance, U.S. v. Leon-Serrato,* **08CR-0876-H**

**1**